ANDRUSS, Respondent, v. AMERICAN AMUSEMENT ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Agnes H. Andruss against the American Amusement Association. L. Laski, of New York City, for appellant. W. J. Cahill, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ANNER, Respondent, v. GORDON et al., Appellants. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Robert S. Anner against Abraham Gordon and others. S. Dickstein, of New York City, for appellants. G. B. Class, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ANNYS v. BELLMAN et al. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Annie Annys, an infant, by Sophie Metlowski, her guardian ad litem, against Jacob Bellman and another. No opinion. Motion granted, without costs.

ARKENBURGH v. EDWARD N. SENIORS SONS CO. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Eliza Arkenburgh against the Edward N. Seniors Sons Company. No opinion. Application denied, with $10 costs. Order signed.

ATKINS et al. v. TROWBRIDGE et al. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Elizabeth J. Atkins, as executrix, etc., and others, against James A. Trowbridge and others. No opinion. Motion denied. Settle order on notice.

AUGUST BELMONT HOTEL CO. v. CITY OF NEW YORK. HOTEL ASTOR v. SAME. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Actions by the August Belmont Hotel Company and by the Hotel Astor against the City of New York. No opinions. Motions to continue injunction and for stay denied, with $10 costs. Orders filed. See, also, 144 N. Y. Supp. 1104.

AUGUST BELMONT HOTEL CO., Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by the August Belmont Hotel Company against the City of New York and others. J. W. Browne, of New York City, for appellant. A. R. Watson, of New York City, for respondents. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 N. Y. Supp. 1104. INGRAHAM, P. J., and SCOTT, J., dissent.

AUSTIN, Respondent, v. ROBERTS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 19, 1913.) Action by Emogene Austin, as administratrix, etc., against George W. Roberts and others, as executors, etc. No opinion. Motion granted and appeal dismissed, with costs.

BADIE, Respondent, v. ILLINOIS SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Antoinette Badie, as administratrix, against the Illinois Surety Company. N. L. Keach, of New York City, for appellant. G. H. Francoeur, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BAILEY, Appellant, v. BUFFALO LOAN, TRUST & SAFE DEPOSIT CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Harlow W. Bailey against the Buffalo Loan, Trust & Safe Deposit Company and others. No opinion. Judgment and orders affirmed, with separate bills of costs to each defendant appearing by separate attorney. Held, the finding of fact made by the trial court, which is numbered 6 in plaintiff's requests to find, is disapproved, for the reason that the same is not supported by the evidence. See, also, 151 App. Div. 902, 135 N. Y. Supp. 1098.

BALKIN, Respondent, v. CONNECTICUT RAINCOAT CO., Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Joseph Balkin against the Connecticut Raincoat Company. M. E. Gossett, of New York City, for appellant. E. I. Yuells, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re BALL. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) In the matter of the accounting of John Oscar Ball, as trustee, etc., of Mary Caulfield, deceased, etc. No opinion. Motion denied, without costs.

BARD, Respondent, v. JOHN SINGLE PAPER CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Jennie G. Bard, as administratrix, etc., against the John Single Paper Company, Limited. No opinion. Motion for leave to appeal to Court of Appeals (from 143 N. Y. Supp. 1106) denied, with $10 costs.

BARNOW, Appellant, v. FREEDMAN, Respondent. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by May Barnow against Isaac Freedman. A. I. Spiro, of New York City, for appellant. M. M. Kotzen, of New York City, for respondent.